**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| WILLIAM BRUCE HARRISON and* | |
| SOPHIE ELIZABETH CLANCY * | Case No. SJ2026CV04462 |
| * | |
| Plaintiffs * | Re: Collection of Money |
| * | Breach of Contract |
| v. * | Damages |
| * | |
| FLT EQUITY, LLC * | |
| * | |
| Defendant * | |
| ************************* | |

**WRIT TO THE JUDICIAL RECORD SUBMITTING PROJECT OF SUMMONS FOR ITS ISSUANCE**

TO THE HONORABLE COURT:

Comes now William B. Harrison and Sophie E. Clancy (the "Plaintiffs"), through the undersigned legal representation and very respectfully state, allege and pray:

On June 2, 2026, the Plaintiffs filed the captioned complaint against FLT Equity LLC. Pursuant to the Administrative Directives for the Electronic Presentation and Notification of Documents through SUMAC, the Plaintiffs accompany to this writ

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

the summons form duly complied with so that the Female Secretary or Male Secretary of the Honorable Court will issue the corresponding summons and send us an electronic copy of the same through the system so that we can endeavor its processing.

WHEREFORE, the Plaintiffs respectfully request that the Honorable Court take note of what is stated herein and that the Secretary of the Honorable Court issue the corresponding summons and send us an electronic copy of the same through the system so that we can endeavor its processing.

SJ2026CV04462 02/06/2026 12:06 pm Entree No. 2 Page 2 of 2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, June 2, 2026.

CORRETJER, L.L.C.
Attorneys for the Plaintiffs
625 Ponce de León Ave.
San Juan, P.R. 00917-4819
Tel. 787-751-4618
Fax 787-759-6503

/sgd/ Eduardo J. Corretjer Reyes
RUA No. 15,985
ejcr@corretjerlaw.com

C:ecr/w/Harrison/complaint

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR PART OF SAN JUAN**

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL | Case No. SJ2026CV04462 |
| **Plaintiff** | Room No. 1003 |
| v. | Civil Action of: BREACH OF CONTRACT |
| FLT EQUITY LLC | |
| **Defendant** | |

**SUMMONS**

UNITED STATES OF AMERICA, SS
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO

**TO: FLT EQUITY LLC**
2082 MICHELSON DRIVE, 4TH FLOOR IRVINE, CALIFORNIA, UNITED STATES 92612

YOU ARE HEREBY summoned to present to the court your responsive allegation within 30 days of having been served with this summons, excluding the day of the service. You mut present your responsive allegation through the Unified System of Management and Administration of Cases (USMAC), which you can access using the following electronic address: https://www.poderjudicial.pr/index.php/tribunal-electronico/, unless the case is from a physical file or you represent yourself on your own, in which case you must present your responsive allegation with the Clerk of the Court and notify a copy of the same to the attorney of the plaintiff or to the same, if you have no legal representation. If you fail to present your responsive allegation within the aforementioned term, the court may issue judgment in default

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

against you and grant the remedy requested in the complaint, or any other, if the court, in the exercise of its sound discretion, deems it pertinent. Furthermore, you are advised that, in cases pursuant to Law No. 57-2023, entitled Law for the Prevention of Mistreatment, Preservation of the Family Unit and for the Security, Welfare and Protection of Minors, among the remedies that the Court may grant there are included the permanent location of one minor outside of the home, the initiation of processes for the deprivation of patriae potestas, and any other measure in the best interest of the minor. (Article 33, clauses b and f of Law No. 57-2023). You are advised of your right to appear accompanied by attorneys should this be pertinent to the case.

Name of the Attorney: Eduardo J. Corretjer Reyes
RUA: 15985
Address: 625 PONCE DE LEON AVE., SAN JUAN, PUERTO RICO 00917-4819
Tel: 7877514618/Fax: 7877596503
E-mail: ejcr@corretjerlaw

Issued under my signature and seal of the Court on June 8, 2026.

GRISELDA RODRIGUEZ COLLADO
REGIONAL SECRETARY
**Name of the**
**Regional Clerk**

By: Sonia I. Rivera Gámbaro
Confidential Secretary of the Court
Name of the
Assistant Clerk of the Court
s/ Sonia I. Rivera Gámbaro
Signature of the
Deputy Clerk of the Court

Seal of the Court of First Instance
SUPERIOR PART OF SAN JUAN
COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
K015 srg

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

Case No. **SJ2026CV04462 (1003)**

CERTIFICATE OF SERVICE BY THE MARSHALL

I, _____________________________________, Marshall of the Court of First Instance of Puerto Rico, __________________ Part.

CERTIFY that the service of the summons and of the complaint of the referenced case was made by me, on the ____ of ________ of _____, at _____ ☐ a.m ☐ p.m.
in the following manner:

☐ Through personal delivery to the defendant at the following physical address:
_________________________________________________________________

☐ Accessible in the immediate presence of the defendant at the following physical address:
_________________________________________________________________

☐ Leaving a copy of the documents with an agent authorized by the plaintiff or designated by law to receive summons at the following physical address:
_________________________________________________________________

☐ The summons could not be personally served due to the fact that:
_________________________________________________________________
_________________________________________________________________

In __________________, Puerto Rico, on the _____ of _______ of _____.

| | |
|---|---|
| ______________________________ | ______________________________ |
| Name of Regional Clerk | Name of Clerk of First Instance and Badge Number |
| | ______________________________ |
| | Signature of Clerk of First Instance |

SERVICE OF SUMMONS BY PARTICULAR PERSON

I, ____________________________, state that I have the legal capacity pursuant to Rule 4.3 of Civil Procedure of Puerto Rico, and certify that the service of the summons and of the complaint in the referenced case was made by me, on the___of ____________ of ______, in the following manner:

☐ Through personal delivery to the defendant at the following physical address:
_________________________________________________________________

☐ Accessible in the immediate presence of the defendant at the following physical address:
_________________________________________________________________

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

☐ Leaving a copy of the documents with an agent authorized by the defendant or designated by law to receive summons at the following physical address:

______________________________________________________________

☐ The summons could not be personally served since:

______________________________________________________________

______________________________________________________________

COSTS OF SERVICE: $_________________

STATEMENT OF THE PROCESS SERVER

I state under penalty of perjury, pursuant to the laws of the Commonwealth of Puerto Rico, that the information provided in the service of the summons is true and correct.

AND IN WITNESS WHEREOF, I sign the present in __________________________, Puerto Rico on the ____ of _______ of ______.

____________________________ ____________________________

Signature of process server ____________________________

Address of process server

AFFIDAVIT NO.____ [in case of being sworn before a notary]

Sworn and subscribed to before me by ___________________________ of the personal circumstances previously mentioned, whom I attest I know

______________________________________________________________

(personal knowledge or, in its stead, accreditation of the supplementary method provided by the Notarial Law)

In _____________________, Puerto Rico on the _____ day of _____ of _____.

___________________________ By:________________________________

Name of the Notary or the Regional Secretary

Name of the Assistant Secretary of the Court

________________________________

________________________________

Signature of the Assistant Secretary of the Court

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

Case No. **SJ2026CV04462 (1003)**

SERVICE UNDER LAW 57-2023

I, ______________________________, certify that the service of the summons and of the complaint in the referenced case was made by me, on the ______ of ____________ of ______ as follows:

☐ Through remittance to the defendant by electronic mail to the following address:

_____________________________________________________________

☐ Through remittance to the defendant by regular mail to the following address:

_____________________________________________________________

DECLARATION OF THE PROCESS SERVER

I CERTIFY under penalty of perjury, pursuant to the laws of the Commonwealth of Puerto Rico, that the information provided in the service of the summons is true and correct.

IN WITNESS WHEREOF, I sign the present in _______________________, Puerto Rico, on the ______________________.

______________________________
Signature of the process server

_______________________________________
_______________________________________
Address of the process server

AFFIDAVIT NO. ______ [in case of being sworn before a notary]

Sworn and subscribed to before me by __________________________________
of the personal circumstances previously mentioned, whom I attest I know

________________________________________________________________________
(personal knowledge or, in its stead, the accreditation of the supplementary method provided by the Notarial Law)

In ____________________________, Puerto Rico, on the ____ of _________ of _____.

___________________________ By:________________________________

Name of the Notary or the Regional Clerk

Name of the Deputy Clerk of the Court

__________________________________

__________________________________
Signature of the Deputy Clerk of the Court

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

Form OAT1721
(Rev August 2023)



**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR PART OF SAN JUAN**

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL | . Case No. SJ2026CV04462 |
| **Plaintiff** | . Room No. ________ |
| v. | . Civil Action of: BREACH OF CONTRACT |
| FLT EQUITY LLC | . |
| **Defendant** | . |

## SUMMONS

UNITED STATES OF AMERICA, SS
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO

**TO: FLT EQUITY LLC**
2082 MICHELSON DRIVE, 4TH FLOOR IRVINE, CALIFORNIA, UNITED STATES 92612

YOU ARE HEREBY summoned to present to the court your responsive allegation within 30 days of having been served with this summons, excluding the day of the service. You mut present your responsive allegation through the Unified System of Management and Administration of Cases (USMAC), which you can access using the following electronic address: https://www.poderjudicial.pr/index.php/tribunal-electronico/, unless the case is from a physical file or you represent yourself on your own, in which case you must present your responsive allegation with the Clerk of the Court and notify a copy of the same to the attorney of the plaintiff or to the same, if you have no legal representation. If you fail to present your responsive allegation within the aforementioned term, the court may issue judgment in default against you and grant the remedy requested in the complaint, or any other, if the court, in the exercise of its sound discretion, deems it pertinent. Furthermore, you are advised that, in cases pursuant to Law No. 57-2023, entitled Law for the

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

Prevention of Mistreatment, Preservation of the Family Unit and for the Security, Welfare and Protection of Minors, among the remedies that the Court may grant there are included the permanent location of one minor outside of the home, the initiation of processes for the deprivation of patriae potestas, and any other measure in the best interest of the minor. (Article 33, clauses b and f of Law No. 57-2023). You are advised of your right to appear accompanied by attorneys should this be pertinent to the case.

Name of the Attorney: Eduardo J. Corretjer Reyes
RUA: 15985
Address: 625 PONCE DE LEON AVE., SAN JUAN, PUERTO RICO 00917-4819
Tel: 7877514618/Fax: 7877596503
E-mail: ejcr@corretjerlaw

Issued under my signature and seal of the Court on the _____ of ______ of _____.

By: ___________________________

___________________________
Name of the Regional Clerk

Name of the Deputy Clerk of the Court

___________________________
Signature of the Deputy Clerk of the Court

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

Form OAT 1721
(Rev. August 2023)



Case No. **SJ2026CV04462**

SERVICE UNDER LAW 57-2023

I, ______________________________________, certify that the service of the summons and of the complaint in the referenced case was made by me, on the ______ of _____________ of ______ as follows:

☐ Through remittance to the defendant by electronic mail to the following address:
_________________________________________________________________________________

☐ Through remittance to the defendant by regular mail to the following address:
_________________________________________________________________________________

DECLARATION OF THE PROCESS SERVER

I state under penalty of perjury, pursuant to the laws of the Commonwealth of Puerto Rico, that the information provided in the service of the summons is true and correct.

IN WITNESS WHEREOF, I sign the present in _________________________, Puerto Rico, on the _______________________.

_________________________________ Signature of the process server

__________________________________________
__________________________________________
Address of the process server

AFFIDAVIT NO. ______ [in case of being sworn before a notary]

Sworn and subscribed to before me by ____________________________________ of the personal circumstances previously mentioned, whom I attest I know

_____________________________________________________________________________
(personal knowledge or, in its stead, the accreditation of the supplementary method provided by the Notarial Law)

In ______________________________, Puerto Rico, on the ____ of _________ of _____.

_____________________________
Name of the Notary or the Regional Secretary

By:__________________________________
Name of the Assistant Secretary of the Court

_____________________________________

_____________________________________
Signature of the Assistant Secretary of the Court

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
SUPERIOR PART OF SAN JUAN

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL* | CASE NO. SJ2026CV04462 |
| PLAINTIFF * | |
| * | ROOM NO: ROOM 1003 EXPROPRIATIONS |
| vs * | |
| FLT EQUITY, LLC * | |
| DEFENDANT * | RE: BREACH OF CONTRACT |
| *************************** | |

## NOTIFICATION

TO: EDUARDO J. CORRETJER REYES
EJCR@CORRETJERLAW.COM

The undersigned Secretary certifies and notifies you that with regard to the WRIT TO THE JUDICIAL RECORD SUBMITTING SUMMONS FOR THEIR ISSUANCE [2] this court issued an ORDER on June 09, 2026.

The determination is transcribed hereinafter:

Notified. The summons was issued.

[4]

sgd/ORLANDO DURÁN MEDERO

YOU ARE ADVISED that since you are a party or its legal representative in the case subject to this ORDER, you may file a request for appeal, review or certiorari pursuant to the proceedings and within the term established by law, rule or regulation.

I CERTIFY that the determination issued by the Court was duly registered and filed today June 09, 2026, and that a copy of this notification was sent to the previously indicated persons, to their addresses registered in the case pursuant to the applicable norms. On this same date a copy of this notification was filed in the record.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

In San Juan, Puerto Rico, June 09, 2026.

| | |
|---|---|
| GRISELDA RODRIGUEZ COLLADO | By: sgd/LORAINE ROSADO PEREZ |
| Name of the<br>Regional Clerk | Name and Signature of the<br>Deputy Clerk of the Court |

OAT 1812 Unique Form of Notification - Judgments, Resolutions, Orders and Minutes
(November 2016) / SUMAC

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR PART OF SAN JUAN**

WILLIAM BRUCE HARRISON ET AL *
Plaintiff * Case No. SJ2026CV04462
* Room: 1003
v. *
* Civil Action: LACK OF COMPLIANCE
FLT EQUITY LLC * OF CONTRACT
Defendant *
****************************

**SERVICE OF PROCESS BY EDICT**

UNITED STATES OF AMERICA )
THE PRESIDENT OF THE U.S.A. ) SS.
COMMONWEALTH OF P.R. )

**TO: FLT EQUITY LLC**
2028 Michelson Drive, 4th Floor
Irvine, California 92612

YOU ARE HEREBY summoned to present to the court your responsive allegation within thirty (30) days of having this summons by edict been published, excluding the day of the publication. You must present your responsive allegation through the Unified System of Management and Administration of Cases (USMAC), which you can access using the following electronic address: https://www.poderjudicial.pr/index.php/tribunal-electronico, unless the case is from a physical file or you represent yourself on your own, in which case you must represent your responsive allegation with the Clerk of the Court and notify a copy of the same to the attorney of the plaintiff or to the same, if there is no legal representation. If you fail to present your responsive allegation within the aforementioned term, the court may issue a judgment in default against you and grant the remedy requested in the complaint, or any other, if the court, in the

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

exercise of its sound discretion, deems it pertinent. You are advised of your right to appear accompanied by an attorney in the cases where it is pertinent.

Name of the Attorney: Atty. Eduardo J. Corretjer Reyes
RUA: 15,985
Address: Corretjer, L.L.C., 625 Ponce de León Ave., San Juan, PR 00917-4819
Tel: (787) 751-4618/ Fax: (787) 759-6503
E-mail: ejer@corretjerlaw.com

Issued under my signature and the seal of the Court, in San Juan, Puerto Rico on: ___________________________, 2026.

**Regional Clerk**

**Clerk of Services to the Court**

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

SJ2026CV04462 10/07/2026 12:37 pm Entree No. 5 Page 1 of 2

SEARCH OF CORPORATIONS

# Results of the search

## Results of the Search of the Corporation

Press the Name of the Corporation to continue

| Registration # | Name of Corporation# |
|---|---|
| 2743 | UNION DE EMPLEADOS DE LA INDUSTRIA DEL TELEFONO (FLT), INC. |
| 183006 | FLT AGRICULTURAL CORPORATION |
| 434330 | FLT ENTERTAINMENT LLC |
| 467176 | 2FLT4IMME, LLC |
| 583363 | UNFLTRD VACILON LLC |

Registrations Found: 5

Search Criteria: **Name of corporation.** All the words FLT. All the Entities 07/10/2026 11:02:31 AM

## Conduct another search

Registration Number

**Equal to:**

Name of Corporation:

**All words**

**FLT**

**SJ2026VC04462 07/15/2026 06:34 pm Entree No. 5 Page 2 of 2**

| Seek only Active Entities |
|---|

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

Find all of the Entities

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | | |
|---|---|---|
| WILLIAM BRUCE HARRISON and SOPHIE ELIZABETH CLANCY | * | Case No. SJ2026CV04462 |
| Plaintiffs | * | Re: Collection of Money<br>Breach of Contract<br>Damages |
| v. | * | |
| FLT EQUITY, LLC | * | |
| Defendant | * | |

******************************

**MOTION FOR RECONSIDERATION OF ORDER DENYING REQUEST FOR AUTHORIZATION TO SERVE SUMMONS BY EDICT**

TO THE HONORABLE COURT:

Come now William B.Harrison and Sophie E. Clancy (the "Plaintiffs"), through the undersigned legal representation, and very respectfully state, allege and pray:

1. On June 2, 2026, the Plaintiffs filed the captioned complaint against FLT Equity LLC ("FLT"). See entry number 1 of the SUMAC record for the captioned case.[1]

2. As appears from the complaint, FLT is a foreign limited liability company that is not duly authorized to do business in Puerto Rico and whose last known address is in Irvine, California. See EN 1, p. 2, ¶4.

1 Hereinafter, the references to the entries to the SUMAC record of the captioned case will be made as EN#.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

3. On June 8, 2026, the Honorable Court issued the summons for FLT. See EN 3.

4. Through Motion of July 10, 2026, (the "Motion"), pursuant to Rule 4.6 of Civil Procedure, 32 L.P.R.A. App. V, R. 4.6(a), the Plaintiffs requested authorization to serve edicts to FLT, since FLT is a foreign corporation without a resident agent in Puerto Rico. See EN 5.

5. Through order of July 10, 2026, notified on July 13, 2026 (the "Order"), the Honorable Court Denied the Motion and required that the Plaintiffs file a sworn statement describing the efforts made by the Plaintiffs to obtain an address of FLT in Puerto Rico. See EN6.

6. Rule 47 of Civil Procedure, 32 L.P.R.A. App. V, R. 47, allows the party adversely affected by an order of the court to request the reconsideration of said order within 15 days of having been notified of the same.

7. Pursuant to Rule 47 and due to what is hereinafter stated, the Plaintiffs request the reconsideration of the Order.

8. The Order appears to originate from the premise that so that a party can summon a foreign corporation without a resident agent by edict in Puerto Rico it is necessary that the plaintiff demonstrate, through a sworn statement, the efforts that the plaintiff carried out to locate the foreign corporation sued in Puerto Rico,

as would have to be done by a plaintiff that is interested in summoning by edict a natural person or a domestic corporation or a foreign corporation that does have a resident agent but which have not been able to be located or that are hiding to avoid being summoned. We respectfully sustain that said premise is erroneous.

9. Rule 4.6(a) of Civil Procedure, 32 L.P.R.A. App. V, R. 4.6(a), provides in its pertinent part:

> When the person to be summoned... is a foreign corporation without a resident agent... and it appears... from the complaint filed, that there is a claim that justifies the concession of any remedy against the person that has to be summoned... the court may issue an order to provide that the summons be made through an edict. No negative service will be required as a condition to issue the order that provides that the summons be made by edict.

10. Contrary to what occurs with regard to the natural persons that are in Puerto Rico, the domestic corporations and the foreign corporations that do have a resident agent in Puerto Rico, a plaintiff is entitled to sumon by edict a foreign corporation that does not have a resident agent in Puerto Rico without first having to conduct efforts to attempt to locate said foreign corporation in Puerto Rico. The reason for this is simple, a foreign corporation that does not have a resident agent in Puerto Rico is presumed to not be found in Puerto rico and is not duly authorized to do business in Puerto Rico. It is presumed that it is not in Puerto Rico precisely because it is foreign. It is presumed that itis not duly authorized to do business in Puerto Rico precisely because it does not have a resident agent since having a

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

resident agent is a requirement for a corporation to be duly authorized to do business in Puerto Rico.

11. As was correctly explained by our Honorable Supreme Court of Puerto Rico in Pagan v. Rivera:

> It is for the case where -being in Puerto Rico- the defendant cannot be located or is concealed to not be summoned, or if it is outside of Puerto Rico with its address and whereabouts unknown, that rule 4.5 requires the verification before the court of vigorous and honest diligent efforts to summon the defendant personally. 113 D.P.R. 750, 754 (1983).[2]

12. That is, since it involves a corporation, it is not necessary that the Plaintiffs conduct any investigation in the community since, has it been duly authorized to do business in Puerto Rico, FLT would have had the obligation, under the General Corporations Act of 2009, to inform the Department of State the address and name of its designated office and of its resident agent. Hach Co. v. Pure Water Systems, Inc., 114 D.P.R. 58, 63 (1983); also see 14 L.P.R.A. §§3541 and 3542.

13. Since FLT is a foreign corporation that is not duly authorized to do business in Puerto Rico,[3] FLT has no resident agent in Puerto Rico registered in the

---

2 The case refers to the Old Rule 4.5 of Civil Procedure of 1979, 32 L.P.R.A., 32 L.P.R.A. Ap. III, R. 4.5, equivalent to the current Rule 4.6 of Civil Procedure of 2009.

3 **See EN 5, Exhibit 2 -** Negative result of search of FLT in the Electronic Registry of Corporations of the Department of State of Puerto Rico.

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

Department of State. Therefore, pursuant to Rule 4.6(a), the Plaintiffs are entitled to serve a summon by edict to FLT without having first to carry out efforts to locate FLT in Puerto Rico and it is pertinent that the Plaintiffs be authorized to serve process on FLT through the publication of edicts.

14. Notwithstanding the above, the Plaintiffs certify that, prior to presenting the Motion, the Plaintifs revised the lease agreement between the parties to see if it provided an address in Puerto Rico for FLT, which the agreement does not have. The lease agreement only provides an electronic address to contact or send communications to FL. **See Exhibit I, §I.A.9.** The Plaintiffs also verified the Electronic Registry of Corporations of the Department of State but there does not appear any information whatsoever regarding FLT since the same is not duly authorized to do business in Puerto Rico. **See EN 5, Exhibit 2.** Finally, from the document provided by FLT to the Plaintiffs so that they could send the payments under the lease agreement to FLT it appears that the address of FLT is in Irvine, California. **See Exhibit 2.**

WHEREFORE, the Plaintiffs respectfully request from the Honorable Court that it reconsider the Order and authorize the Plaintiffs to serve process on FLT through edicts and order the issuance of the corresponding summons by edict.

RESPECTFULLY SUBMITTED.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

In San Juan, Puerto Rico, on July 15, 2026.

CORRETJER, L.L.C.
Attorneys for the Plaintiffs
625 Ponce de León Ave.
San Juan, P.R. 00917-4618
Tel. 787-751-4618
Fax 787-759-6503
www.corretjerlaw.com

/sgd/ Eduardo J. Corretjer Reyes
RUA No. 15,985
ejer@corretjerlaw.com

C:eer/w Harrison/wh m-recon o-deneg m-emp edict

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
SUPERIOR PART OF SAN JUAN

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL | . CASE NO. SJ2026cv04462 |
| PLAINTIFF | . ROOM NO. Room 1003 Expropriations |
| v. | . |
| FLT EQUITY LLC | . RE: BREACH OF CONTRACT |
| DEFENDANT | . |

## NOTIFICATION

TO: EDUARDO J. CORRETJER REYES
EJCR@CORRETJERLAW.COM

The undersigned Secretary certifies and notifies you that with regard to the MOTION FOR RECONSIDERATION OF ORDER DENYING REQUEST FOR AUTHORIZATION TO SERVE SUMMONS BY EDICT (7) this Court issued an ORDER on July 17, 2026.

The determination is transcribed hereinafter:

Granted. Issue summons by edict that appears in entry 5.

[8]

s/ORLANDO DURÁN MEDERO

YOU ARE ADVISED that since you are a party or its legal representative in the case subject to this ORDER, you can file a request for appeal, review or certiorari pursuant to the proceedings and within the term established by law, rule or regulation.

I CERTIFY that the determination issued by the Court was duly registered and filed today July 21, 2026, and that a copy of this notification was sent to the persons previously indicated, to their addresses registered in the case pursuant to the

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

applicable norms. On this same date a copy of this notification was filed in the record.

In San Juan, Puerto Rico, July 21, 2026.

| | |
|---|---|
| GRISELDA RODRIGUEZ COLLADO | By: S/MARIA I. COLON RIVERA |
| Name of the Regional Clerk | Name and Signature of the Deputy Clerk of the Court |

OAT1812 Unique Form of Notification - Judgments, Resolutions, Orders and Minutes
(November 2016) / SUMAC

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
SUPERIOR PART OF SAN JUAN

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL<br>PLAINTIFF | . CASE NO. SJ2026cv04462<br>. ROOM NO. Room 1003 Expropriations |
| v. | . |
| FLT EQUITY LLC<br>DEFENDANT | . RE: BREACH OF CONTRACT<br>. |

## NOTIFICATION

TO: EDUARDO J. CORRETJER REYES
EJCR@CORRETJERLAW.COM

The undersigned Secretary certifies and notifies you that with regard to the CAPTIONED CASE this Court issued an ORDER on July 17, 2026.

A copy or link is enclosed:
Press here to access the electronic document object of this notification. [9]

YOU ARE ADVISED that since you are a party or its legal representative in the case subject to this ORDER, you may file a request for appeal, review or certiorari pursuant to the procedure and within the term established by law, rule or regulation.

I CERTIFY that the determination issued by the Court was duly registered and filed today July 21, 2026, and that a copy of this notification was sent to the persons indicated above, to their addresses registered in the case pursuant to the applicable norms. On this same date a copy of this notification was filed in the record.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

In San Juan, Puerto Rico, July 21, 2026.

| | |
|---|---|
| GRISELDA RODRIGUEZ COLLADO | By: s/MARIA I. COLON RIVERA |
| Name of the<br>Regional Clerk | Name and Signature of the<br>Deputy Clerk of the Court |

OAT 1812 Unique Form of Notification - Judgments, Resolutions, Orders and Minutes
(November 2016) / SUMAC

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SAN JUAN JUDICIAL CENTER**
**SUPERIOR PART**

| | |
|---|---|
| **WILLIAM BRUCE HARRISON and SOPHIE ELIZABETH CHANCY** | . **CIVIL NO: SJ2026CV04462** |
| **PLAINTIFF** | . |
| | . **ROOM: 1003** |
| **Vs.** | . |
| | . **RE: COLLECTION OF** |
| **FLT EQUITY, LLC** | . **MONEY BREACH OF** |
| **DEFENDANT** | . **CONTRACT DAMAGES** |

..........................................................

## ORDER AUTHORIZING SERVICE OF PROCESS BY EDICT

Having seen the Complaint filed in this case, as well as the **Motion for Reconsideration of Order Denying Request for Authorization to Serve Process by Edict,** the Court **GRANTS** the same and as a result orders the Clerk of this Court to issue summons to the defendant, **FLT EQUITY LLC,** which will be published once in a newspaper of daily general circulation, providing also, that within ten (10) days following the publication of the Edict, there be sent to said defendant by certified mail, return receipt requested, a copy of the summons and of the complaint filed to its last known address.

**RECORD AND NOTIFY.**

In San Juan, Puerto Rico, July 17, 2026.

**SGD/ORLANDO DURÁN MEDERO**
**SUPERIOR COURT JUDGE**

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR PART OF SAN JUAN**

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL | . CIVIL NO: SJ2026CV04462 |
| Plaintiff | . Room: 1003 |
| | . |
| vs. | . Civil Action of: BREACH OF CONTRACT |
| | . |
| FLT EQUITY, LLC | . |
| DEFENDANT | . |

..........................................................

**SERVICE OF PROCESS BY EDICT**

UNITED STATES OF AMERICA )
THE PRESIDENT OF THE U.S.A. ) SS.
COMMONWEALTH OF PUERTO RICO)

**TO: FLT EQUITY LLC**
2028 Michelson Drive, 4th Floor
Irvine, California 92612

YOU ARE HEREBY summoned to present your responsive allegation to the court within thirty (30) days of having this summons by edict been published, excluding the day of the publication. You must file your responsive allegation through the Unified System of Management and Administration of Cases (SUMAC), which can be accessed using the following electronic address: https://www.poderjudicial/pr/index.php/tribunal-electrónico, unless the case is one of a physical file or represents itself by its own, in which case you must present your responsive allegation with the Clerk of the Court and notify a copy of the same to the attorney of the plaintiff of ro the same, if there is no legal representation. If you fail to file your responsive allegation within the aforementioned term, the court

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

may issue judgment in default against you and grant the remedy requested in the complaint, or any other, if the court, in the exercise of its sound discretion, deems it pertinent. You are advised of your right to appear accompanied by an attorney in the cases where it is pertinent.

Name of the Attorney: Atty. Eduardo J. Corretjer Reyes
RUA: 15,985
Address: Corretjer, L.L.C., 625 Ponce de León Ave., San Juan, PR 00917-4819
Tel: (787) 751-4618/Fax: (787) 759-6503
E-mail: ejcr@corretjerlaw.com

Issued under my signature and the seal of the Court in San Juan, Puerto Rico on the 21st of July of 2026.

Seal of the Commonwealth of Puerto Rico

GRISELDA RODRIGUEZ COLLADO
Regional Clerk.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**Publi-Inversions/** Publicator of newspaper and digital media
El Vocero de Puerto Rico

**WILLIAM BRUCE HARRISON ET AL**

**VS.**

**FLT EQUITY LLC**

**SJ2026CV04462 BREACH OF CONTRACT**

I, Elizabeth Vázquez Rodríguez, having been duly sworn in, state:
That I am a Representative of the Classified and Edicts Department of the EL VOCERO DE PUERTO RICO newspaper that is published in San Juan and is distributed in the entire Island of Puerto Rico and that in the editions of this newspaper, corresponding to the days:

**AUGUST 05, 2026**

There was pubnished the edict issued by:

**CLERK**

**COURT OF FIRST INSTANCE SUPERIOR PART OF SAN JUAN**

Regarding the matter mentioned above and a copy of which is joined to this affidavit so that it will form part of the same.

sgd/EVázquez
Elizabeth Vazquez Rodriguez

Affidavit No. Seal of JOSE COLON RODRIGUEZ of the Registry
140148
ATTORNEY NOTARY

Sworn and recognized before me by Elizabeth Vázquez Rodriguez, of legal aeg, marrie, Representative of the Department of Classifieds and Edicts of the EL VOCERO DE PUERTO RICO newspaper, resident of San Juan, Puerto Rico, whom I attest I personally know.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

San Juan, Puerto Rico ________________________________20_____.

s/illegible
**Notary Public**

1064 Ponce de León Avenue, San Juan, Puerto Rico 00907 • P.O. Box 15074, San Juan, Puerto Rico 00902

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

EV-132 COMMONWEALTH
OF PUERTO RICO
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
SUPERIOR PART OF SAN JUAN

**WILLIAM BRUCE HARRISON ET AL**
Plaintiff
v.
**FLT EQUITY LLC**
Defendant

Case No. SJ2025CV04462
Room: 1003 Civil Action of:
BREACH OF CONTRACT

SUMMONS BY EDICT UNITED STATES OF AMERICA) THE PRESIDENT OF THE U.S.A.) SS. COMMONWEALTH OF P.R.) TO: **FLT EQUITY LLC**
**2028 Michelson Drive, 4th Floor, Irvine, California 92612**

YOU ARE HEREBY summoned to present your responsive allegation to the court within thirty (30) days of having this summons by edict been published, excluding the day of the publication. You must present your responsive allegation through the Unified System of Management and Administration of Cases (USMAC), which you can access using the following electronic address: https://www.poderjudicial.pr/index.php/tribunal-electrónico, unless the case is of a physicial file or you represent yourself on your own, in which case you must present your responsive allegation with the Clerk of the Court and notify a copy of the same to plaintiff's attorney or to the same, if there is no legal representation. If you fail to present your responsive allegation within the aforementioned term, the court may issue judgment in default against you and grant the remedy requested in the complaint, or any other, if the court, in the exercise of its sound discretion, deems it pertinent. You are advised of your right to appear accompanied by an attorney in the cases where it is pertinent. Name of the Attorney: Atty. Eduardo J. Corretjer Reyes RUA: 15,985 Addess: Corretjer, L.L.C., 625 Ponce de León Ave., San Juan, P.R 00917-4819 Tel.: (787-751-

U.S. Postal Service
CERTIFIED MAIL - RECEIPT
This is all in English in the original dated AUG 12 2026

Certified to be a true and correct translation into the English language.
Aída Torres, USCCI

4618/Fax: (787) 759-6503 E-mail: ejcr@corretjerlaw.com. Issued under my signature and the seal of the Court, in San Juan, Puerto Rico, on the 21st of July of 2026. GRISELDA RODRIGUEZ COLLADO, Regional Clerk/MARIA I. COLÓN RIVERA, Secretary of Services to the Court ID: 26101B23-6C21-4CB1-8BFB-BAB5CF4F7550. ELECTRONICALLY SIGNED: 07/21/2026 10:31 11 AM

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR PART OF SAN JUAN**

| | | |
|---|---|---|
| WILLIAM BRUCE HARRISON and | * | |
| SOPHIE ELIZABETH CLANCY | * | Case No.: SJ2026CV04462 |
| | * | |
| Plaintiffs | * | Re: Collection of Money |
| | * | Breach of Contract |
| vs | * | Damages |
| | * | |
| FLT EQUITY, LLC | * | |
| | * | |
| Defendant | * | |

****************************

**MOTION REQUESTING AUTHORIZATION TO SERVE PROCESS BY EDICT**

TO THE HONORABLE COURT:

Come now William B. Harrison and Sophie E. Chancy (the "Plaintiffs") through the undersigned legal representative, and very respectfully is state, allege and pray:

1. On June 2, 2026, the Plaintiffs filed the captioned Complaint against FLT Equity LLC ("FLT").

2. As appears from the complaint, FLT is a foreign limited liability company that is not duly authorized to do business in Puerto Rico and whose last known address is in Irvine, California.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

3. On June 8, 2026, the Honorable Court issued the summons for FLT.

4. Despite the efforts made by the Plaintiffs to find an address of FLT in Puerto Rico, the same have not been successful.

5. Rule 4.6(a) of Civil Procedure, 32 L.P.R.A. App. V, R. 4.6(a), provides, in its pertinent part:

> When the person to be summoned... is a foreign corporation without a resident agent... and it appears... from the complaint filed, that there is a claim that justifies the concession of any remedy against the person that is to be summoned... the court may issue an order to provide that the summon be made by edict. A negative service will not be requires as a condition to issue the order tht provides that the summons be made by edict.

6. Since FLT is a foreign corporation that is not duly authorized to do business in Puerto Rico,[1] FLT has no resident agent in Puerto Rico. Therefore, pursuant to Rule 4.6(a), it is pertinent that the Plaintiffs be authorized to sere process on FLT through the publication of edicts, which the Plaintiffs are requested herein be authorized. We enclose as Exhibit 1 the draft of summons by edict for FLT.

WHEREFORE, the Plaintiffs respectfully request from the Honorable Court that it authorize the Plaintiffs to summon FLT through edicts and orders the issuance of the corresponding summons by edict.

---

[1]See Exhibit 2 - Negative result of search of FLT in the Electronic Registry of Corporations of the Department of State of Puerto Rico.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, July 10, 2026.

CORRETJER, L.L.C.
Attorneys for the Plaintiffs
625 Ponce de León Ave.
San Juan, P.R. 00917-4819
Tel. 787-751-4618
Fax 787-759-6503
www.corretjerlaw.com

/sgd/ Eduardo J. Corretjer Reyes
RUA No. 15,985
ejer@corretjerlaw.com

C:eer/w Harrison/wh m-recon o-deneg m-emp edict

---

1 See Exhibit 2 - Negative result of the search of FLT in the Electronic Regist4ry of Corporations of the Department of State of Puerto Rico.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**SUPERIOR PART OF SAN JUAN**

| | | |
|---|---|---|
| WILLIAM BRUCE HARRISON and | * | |
| SOPHIE ELIZABETH CLANCY | * | Case No.: SJ2026CV04462 |
| | * | |
| Plaintiffs | * | Re: Collection of Money |
| | * | Breach of Contract |
| vs | * | Damages |
| | * | |
| FLT EQUITY, LLC | * | |
| | * | |
| Defendant | * | |

****************************

## MOTION SUBMITTING EVIDENCE OF PUBLICATION OF SUMMONS BY EDICT

TO THE HONORABLE COURT:

Comes now William B. Harrison and Sophie E. Chancy (the "Plaintiffs"), through the undersigned legal representation, and very respectfully state, allege and pray:

1. On June 2, 2026, the Plaintiffs filed the captioned complaint against FLT Equity LLC ("FLT"). See entry number 1 of the SUMAC record for the captioned case.[1]

2. As appears from the complaint, FLT is a foreign limited liability company that is not duly authorized to conduct business in Puerto Rico and whose last known address is in Irvine, California. See EN 1, page 2, ¶4.

---

[1] Hereinafter the references to the entries to the SUMAC record of the captioned action will be made as EN#.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

3. Through motion of July 10, 2026 (the "Motion"), pursuant to Rule 4.6(a) of Civil Procedure, 32 L.P.R.A. Ap. V, R. 4.6(a), the Plaintiffs requested authorization to serve summons by edict to FLT, since FLT is a foreign corporation without a resident agent in Puerto Rico. See EN 5.



4. After certain procedural processes which are not worthy of being discussed, through order of July 17, 2026, notified on July 21, 2026 (the "Order"), the Honorable Court authorized that FLT be summoned by edict. See EN 9.

5. In compliance with the Order and Rule 4.6 of Civil Procedure, 32 L.P.R.A. Ap. V, R. 4.6, the Plaintiffs inform that they caused the summons by edict for FLT to be published on August 5, 2025 in El Vocero de Puerto Rico and that, on August 12, 2026, they caused the remittance to FLT of a copy of the complaint, the summons by edict, the sworn statement attesting the publication of the summons by edict, the edict published and the Order by certified mail return receipt number 7013 0600 0000 9599 4175 to the last known address of FLT. **See Exhibit 1.**

WHEREFORE, the Plaintiffs respectfully request from the Honorable Court that it consider FLT to be duly summoned.

RESPECTFULLY SUBMITTED.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

In San Juan, Puerto Rico, August 13, 2026.

CORRETJER, L.L.C.
Attorneys for the Plaintiffs
625 Ponce de León Ave.
San Juan, P.R. 00917-4819
Tel. 787-751-4618
Fax 787-759-6503
www.corretjerlaw.com

/sgd/ Eduardo J. Corretjer Reyes
RUA No. 15,985
ejer@corretjerlaw.com

C:eer/w Harrison/wh m-recon o-deneg m-emp edict

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
SUPERIOR PART OF SAN JUAN

| | |
|---|---|
| WILLIAM BRUCE HARRISON ET AL* | CASE NO. SJ2026CV04462 |
| PLAINTIFF * | |
| * | ROOM NO: ROOM 1003 EXPROPRIATIONS |
| vs * | |
| FLT EQUITY, LLC * | |
| DEFENDANT * | RE: BREACH OF CONTRACT |
| *************************** | |

**NOTIFICATION**

TO: EDUARDO J. CORRETJER REYES
EJCR@CORRETJERLAW.COM

The undersigned Secretary certifies and notifies you that with regard to the REQUEST FOR ISSUANCE OF ORDER [12] this court issued an ORDER on August 14, 2026.

The determination is transcribed hereinafter:

We deny it at this moment. The plaintiff must file a sworn statement describing the efforts made to obtain an address for the defendant in Puerto Rico.

sgd/ORLANDO DURÁN MEDERO

YOU ARE ADVISED that since you are a party or its legal representative in the case subject to this ORDER, you may file a request for appeal, review or certiorari pursuant to the proceedings and within the term established by law, rule or regulation.

I CERTIFY that the determination issued by the Court was duly registered and filed today July 13, 2026, and that a copy of this notification was sent to the previously indicated persons, to their addresses registered in the case pursuant to the applicable norms. On this same date a copy of this notification was filed in the record.

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

In San Juan, Puerto Rico, July 13, 2026.

| | |
|---|---|
| GRISELDA RODRIGUEZ COLLADO | By: sgd/AMARILIS RODIGUEZ HANI |
| Name of the Regional Clerk | Name and Signature of the Deputy Clerk of the Court |

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
SUPERIOR PART OF SAN JUAN

WILLIAM BRUCE HARRISON ET AL* CASE NO. SJ2026cv04462
PLAINTIFF * ROOM NO: ROOM 1003 EXPROPRIATIONS
*
vs *
FLT EQUITY, LLC *
DEFENDANT * RE: BREACH OF CONTRACT
****************************

**NOTIFICATION**

TO: EDUARDO J. CORRETJER REYES
EJCR@CORRETJERLAW.COM

The undersigned Secretary certifies and notifies you that with regard to the MOTION REQUESTING AUTHORIZATION TO SERVE PROCESS BY EDICT [5] this Court issued an ORDER on July 10, 2026.

The determination is transcribed hereinafter:

Denied at this time. The plaintiff must file a sworn statement describing the efforts made to obtain an address for the defendant in Puerto Rico.

[6]

sgd/ ORLANDO DURÁN MEDERO

YOU ARE ADVISED that since you are a party or its legal representative in the case subject to this ORDER, you may file a request for appeal, review or certiorari pursuant to the proceedings and within the term established by law, rule or regulation.

I CERTIFY that the determination issued by the Court was duly registered and filed today July 13, 2026, and that a copy of this notification was sent to the previously indicated persons, to their addresses registered in the case pursuant to the applicable norms. On this same date a copy of this notification was filed in the record.

In San Juan, Puerto Rico, July 13, 2026.

GRISELDA RODRIGUEZ COLLADO
Name of the
Regional Clerk

By: sgd/AMARILIS RODRIGUEZ HANI
Name and Signature of the
Deputy Clerk of the Court

Certified to be a true and
correct translation into the
English language.
Aída Torres, USCCI